UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUNRISE INTERNATIONAL
LEASING CORPORATION,

Case No. 01-6 ADM/AJB

Plaintiff,

v.

**AMENDED**
NOTICE OF PRETRIAL CONFERENCE

TUT SYSTEMS, INCORPORATED,

Defendant.

---

You are hereby given notice that the pretrial conference in the above referenced case previously scheduled for February 21, 2001 at 1:30.m., has been moved. The pretrial conference will now take place on **February 21, 2001 at 2:30 p.m.**, before the undersigned Magistrate Judge.

Dated: 2/6/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed FEB 07 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________