**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

SUNRISE INTERNATIONAL LEASING CORPORATION,

Civil No. 01-6 ADM/AJB

Plaintiff,

v.

**PRETRIAL SCHEDULING ORDER**

TUT SYSTEMS, INC.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Discovery shall be commenced in time to be completed by November 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before March 31, 2001.

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before July 15, 2001.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 15, 2001.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before August 15, 2001.

   d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendant's expert witnesses, shall be made

FILED FEB 22 2001

on or before September 15, 2001.

4. No more than 50 interrogatories (counted in accordance with Fed.R.Civ.P. 33(a)) shall be served by any party.

5. No more than 7 factual depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 2 expert depositions.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing thereon completed, by June 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, November 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be filed, and the hearing thereon completed, by January 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Gertie Simon, 612-664-5093.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Court** trial on March 1, 2002, or upon resolution of any pending dispositive motions. Expert witnesses are anticipated. Anticipated length of trial is 3 days.

Dated: 2/22/01

Arthur J. Boylan
United States Magistrate Judge