UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SUNRISE INTERNATIONAL LEASING CORPORATION,

Plaintiff,

v.

TUT SYSTEMS, INCORPORATED,

Defendant.

Case No. 01-6 ADM/AJB

ORDER

---

The above captioned matter came before the undersigned on May 31, 2001, per a telephone conference regarding amending the scheduling order.

After considering the need for an amended scheduling order and the positions of both parties, the Court hereby amends the pretrial scheduling order of February 22, 2001, as follows:

Non-Dispositive Motions

1. All motions which seek to amend the pleadings or add parties must be filed, and the hearing completed, by August 1, 2001.

Dated: 5/31/01

Arthur J. Boylan
U. S. Magistrate Judge

MEMORANDUM

The parties are directed to contact the undersigned for purposes of engaging in a telephone conference at 8:15 a.m. on Tuesday, June 26, 2001. Plaintiff's attorney shall be responsible for initiating said call.

AJB

Filed JUN 01 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________