**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Sunrise International Leasing Corporation,

Plaintiff,

v.

Tut Systems Incorporated,

Defendant.

Civil No. 01-6-ADM/AJB

**STIPULATION FOR ORDER AND ORDER**

---

## STIPULATION FOR ORDER

The above-named parties, by and through their undersigned counsel of record, hereby stipulate to an Order amending the Pretrial Scheduling Order in this matter dated February 22, 2001, as follows:

Discovery Plan

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 15, 2001.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August September 15, 2001.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before September 15, 2001.

   d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendant's expert witnesses, shall be made on or before October 15, 2001.

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

N:\PL\CPC\144652.doc

Dated: 7/26, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: ______________________

Kyle E. Hart (#159025)
Christopher P. Chilstrom (#218005)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ATTORNEYS FOR PLAINTIFF

Dated: 7/27, 2001

**ANTHONY, OSTLUND & BAER, P.A.**

By: ______________________

Vincent D. Louwagie (#194335)
Joseph W. Anthony (#2872)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANTS

**ORDER**

Based upon the foregoing Stipulation, the Court amends its Pretrial Scheduling Order dated February 22, 2001, as follows:

<u>Discovery Plan</u>

3. Expert Witnesses

   a. Plaintiff shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August 15, 2001.

   b. Defendant shall disclose the identity of expert witnesses under Rule 26(a)(2)(A) on or before August September 15, 2001.

   c. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Plaintiff's expert witnesses, shall be made on or before September 15, 2001.

   d. Full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by Defendant's expert witnesses, shall ~~be made~~ on or before October 15, 2001.

Dated: 7/30/01

Arthur J. Boylan
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500