UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Sunrise International Leasing Corporation,

Plaintiff,

vs.

Tut Systems Incorporated,

Defendants.

Civil No. 01-6-ADM/AJB

STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

IT IS HEREBY STIPULATED, by and between plaintiff Sunrise International Leasing Corporation and defendant Tut Systems Incorporated by and through their respective counsel, that the Court may enter an Order dismissing the above-referenced action in its entirety, with prejudice and without cost to any party. Each party shall bear its own attorneys' fees, costs and disbursements.

Dated: 10/23, 2001

FABYANSKE WESTRA & HART, P.A.

By: [signature]
Kyle Hart (# 159025)
Christopher P. Chilstrom (#218005)
920 Second Avenue South
Suite 1100
Minneapolis, MN 55402
(612) 338-0115

ATTORNEYS FOR PLAINTIFF

Dated: Oct 23, 2001

ANTHONY OSTLUND & BAER, P.A.

By: [signature]
Vincent D. Louwagie (194335)
3600 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR DEFENDANT

FILED 11-13-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the above-entitled action be and hereby is dismissed in its entirety, with prejudice and without cost to any party. Each party shall bear its own attorneys' fees, costs and disbursements.

Dated: November 9, 2001

BY THE COURT:

District Court Judge
**Ann D. Montgomery**